COUNTY OF MONROE, Appellant-Respondent, v. TOWN OF PITTSFORD, Respondent-Appellant.— Order entered November 22, 1944, amended so as to disapprove and reverse certain conclusions of law. [See *ante*, p. 484.] Present — Taylor, Dowling, Harris, McCurn and Larkin, JJ.

In the Matter of BALDWINSVILLE FEDERAL SAVINGS & LOAN ASSOCIATION, Respondent. FLOYD W. VAN WIE, Appellant; FREDERICK W. FUESS, JR., et al., Respondents.— Order entered November 15, 1944, amended by adding a further ordering paragraph as follows: " That nothing herein contained shall be deemed to restrict any legal right which the members may have to change the number of directors ". [See *ante*, p. 414.] Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES M. LA PLACA, Appellant.— Order entered November 15, 1944, amended *nunc pro tunc* by striking from the names of the justices present " Hon. Marsh N. Taylor " and by inserting the name " Hon. Samuel J. Harris ". [See *ante*, p. 952.] Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

## FIRST DEPARTMENT, JANUARY, 1945.
### (January 10, 1945.)

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., v. WALTER J. SALMON et al.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. [See *ante*, p. 898.] Present — Martin, P. J., Townley, Glennon and Dore, JJ.

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., v. STERLING LEASING CO., INC., et al.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. [See *ante*, p. 898.] Present — Martin, P. J., Townley, Glennon and Dore, JJ.

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., v. WALTER J. SALMON et al.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. [See *ante*, p. 900.] Present — Martin, P. J., Townley, Glennon and Dore, JJ.

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., v. STERLING LEASING CO., INC., et al.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. [See *ante*, p. 900.] Present — Martin, P. J., Townley, Glennon and Dore, JJ.

### (January 12, 1945.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD KISTNER, Appellant.— Judgment unanimously reversed, the information dismissed and the defendant discharged from custody, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MANHATTAN SAVINGS BANK, Respondent, v. FRIEND L. TUTTLE, as Surviving Executor of and Trustee under the Will of ANGELO UBRIACO, Deceased, Appellant, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.